TORY M. PANKOPF, Esq. (SBN 202581)
**T M PANKOPF, PLLC**
9460 Double R Boulevard, Suite 104
Reno, Nevada  89521
Ph.: 775-384-6956
Fax: 775-384-6958
E-mail: tory@pankopfuslaw.com
Attorney for Debtor-in-possessions,
WILLIAM and ROBERTA THOENE

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| In re: | CASE NO. 9:14-bk-11670-DS |
|---|---|
| WILLIAM BROCK THOENE and ROBERTA LYNN THOENE, | Chapter 11 |
| Debtors. | **STIPULATION RE: TREATMENT OF CREDITOR'S CLAIM UNDER DEBTORS' CHAPTER 11 PLAN OF REORGANIZATION** |
| | **Subject Property**<br>1961 Costa Brava Drive<br>Shell Beach, California  93449 |

This Stipulation regarding treatment of creditor's claim under debtors' Chapter 11 Plan of Reorganization ("Stipulation") is entered into between Debtors William and Roberta Thoene ("Debtors"), by and through their attorney of record, Tory M. Pankopf, and Jess and Marjim Thoene ("Creditor") (collectively, "Parties").

**RECITALS**

On 10/1/2010, Debtors borrowed money from Creditor ("Loan") in the original principal amount of $110,000.00, which was reflected in a promissory note ("Note") secured by a second deed of trust ("Deed of Trust") encumbering the real property located at 1961 Costa Brava Drive, Shell Beach, California, 93449 (the "Subject Property").  The Deed of Trust was duly recorded in the Official Records of San Luis Obispo County, California.

-1-
STIPULATION RE PLAN TREATMENT

On August 4, 2014, Debtors filed a voluntary petition under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California – Santa Barbara Division, case number 14-11670.

## **STIPULATION**

The Parties hereby stipulate and agree as follows:

1. Debtors' represent, according to Zillow.com, the value of the Property is about $1, 300,000.00.

2. Creditor's claim is $139,185.09 as of September 30, 2016, with interest accruing at $15.25 per day and based upon the stipulated value of the Property, is fully secured.

3. Creditor agrees to forbear payments until February 1, 2017, at which time payment to Creditor under the terms of this Stipulation will commence.

4. On February 1, 2017, the loan balance will be re-amortized over 10 years at 3.50%.

5. The monthly payment of principal and interest only shall be $1,394.90.

6. Debtors must maintain adequate insurance coverage for the Subject Property and must deliver to Creditor proof that the Subject Property is protected against, but not limited to, fire and damage to the dwelling or any fixture thereof.  Creditor is to be named an additional loss payee under all property insurance policies for the Subject Property until such time Creditor releases its lien in public record.  Creditor will receive a Certificate of Insurance reflecting such coverage, that Creditor is an additional loss payee, and that Creditor will receive at least ten (10) days' notice of any cancellation or change in coverage.  In the event Debtors fail to maintain insurance, it shall be considered a default under Creditor's Deed of Trust, and Creditor may elect, but is not required, to issue payment and charge Debtors accordingly.

7. Debtors will continue to pay property taxes and insurance directly to the County and Insurer when due.  In the event Debtors fail to pay property taxes when due, it shall be considered a default under Creditor's Deed of Trust, and Creditor may elect, but is not required, to issue payment and charge Debtors accordingly.

8. Creditor will retain their second deed of trust until the secured debt is paid in full.

9. Creditor agrees that it will cast its vote as a secured creditor to accept the Chapter 11 Plan so long as such Plan conforms to the treatment set forth in this Stipulation.

10. In the event the Subject Property is destroyed or damaged prior to the entry of a discharge order and the amount of damage to the Subject Property is greater than the then existing balance on the second mortgage secured by Subject Property, then Creditor shall be entitled to its full rights and compensation as loss payee with respect to any insurance proceeds, up to the entire balance due on the Subject Loan at the time of the loss.

11. Upon any default in the foregoing terms and conditions, Creditor shall serve a 14-day written notice of default to Debtors and any attorney of record for Debtors.

12. This agreement does not change any other terms and conditions of the Note and Deed of Trust.

13. Should this case be dismissed or converted to another chapter under the Bankruptcy Code prior to confirmation of a Chapter 11 Plan, this Stipulation shall become null and void.

14. Should Debtors file a Chapter 11 Plan that differs from the treatment set forth herein, then this stipulation shall control treatment of the claim.

15. The Parties request that the Court approve this Stipulation.

**IT IS SO STIPULATED.**

Dated: October 24, 2016

By: s/Tory M. Pankopf
   Tory M. Pankopf, Esq.,
   Attorney for Debtor

Dated: October 24, 2016

By: /s/ Marjim S. Thoene
   Marjim S. Thoene,
   Self Represented Creditor

Dated: October 24, 2016

By: /s/ Jess G. Thoene
   Jess G. Thoene,
   Self Represented Creditor

-3-
STIPULATION RE PLAN TREATMENT