| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Tory M. Pankopf, SBN 202581<br>Law Offcies of Tory M. Pankopf<br>9460 Double R Bl., #104<br>Reno, Nevada  89521<br>(775) 384-6956 ofc<br>(775) 384-6958 fax<br>tory@pankopfuslaw.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - \*\*SELECT DIVISION\*\***

| In re:<br><br>WILLIAM BROCK THOENE and<br>ROBERTA LYNN THOENE,<br><br><br><br><br>Debtor(s) | CASE NO.: 9:14-bk-11670-DS<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>STIPULATION RE: CHAPTER 11 PLAN<br>TREATMENT OF CREDITOR'S CLAIM 4 |
|---|---|

PLEASE TAKE NOTE that the order titled order on stipulation re: treatment of creditor's claim 4 under Debtors' Chapter 11 Plan of Reorganization

was lodged on (*date*)   10/25/2016   and is attached.  This order relates to the motion which is docket number 188  .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                       Page 1                                              **F 9021-1.2.BK.NOTICE.LODGMENT**

TORY M. PANKOPF, Esq. (SBN 202581)
**T M PANKOPF, PLLC**
9460 Double R Boulevard, Suite 104
Reno, Nevada  89521
Ph.: 775-384-6956
Fax: 775-384-6958
E-mail: tory@pankopfuslaw.com
Attorney for Debtor-in-possessions,
WILLIAM and ROBERTA THOENE

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>WILLIAM BROCK THOENE and<br>ROBERTA LYNN THOENE,<br><br>Debtors. | CASE NO. 9:14-bk-11670-DS<br><br>Chapter 11<br><br>**ORDER ON STIPULATION RE: TREATMENT OF CREDITOR'S CLAIM 4 UNDER DEBTORS' CHAPTER 11 PLAN OF REORGANIZATION**<br><br>**Subject Property**<br>1961 Costa Brava Drive<br>Shell Beach, California  93449 |

Debtors William and Roberta Thoene ("Debtors"), by and through their attorney of record, Tory M. Pankopf, and Jess and Marjim Thoene ("Creditor") (collectively, "Parties") entered into the stipulation regarding treatment of Creditor's claim 4 under debtors' Chapter 11 Plan of Reorganization ("Stipulation").

Having read and considered the Stipulation  and good cause appearing, therefore,

**IT IS HEREBY ORDERED** that the Stipulation resolving Chapter 11 Plan Treatment of Creditor's claim 4, subject to the terms and conditions contained in the Stipulation, is adopted and approved.

###

-1-
ORDER ON STIPULATION RE PLAN TREATMENT OF CLAIM 4

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9460 Double R Bl. #104, Reno, NV 89521

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __10/25/2016__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
 See attached ECF service list.

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __10/24/2016__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
 Hon. Deborah J. Saltzman, USBC, Central District of California, Edward R. Roybal Federal Building and Courthouse, 255 E. Temple St, Suite 1334/Courtroom 1339, Los Angeles, CA 90012;
 Jess & Marjim Thoene, 1308 Brooks St, Ann Arbor, MI 48103

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/24/2016 | Tory M. Pankopf | s/Tory M. Pankopf |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                              Page 2                              F 9021-1.2.BK.NOTICE.LODGMENT

# ECF SERVICE LIST

Greg P Campbell on behalf of Interested Party Courtesy NEF
ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com

Brian D Fittipaldi on behalf of U.S. Trustee United States Trustee (ND)
brian.fittipaldi@usdoj.gov

Christina J O on behalf of Attorney Federal National Mortgage Association
christinao@mclaw.org, erica@mclaw.org

Cassandra J Richey on behalf of Interested Party Courtesy NEF
cmartin@pralc.com

United States Trustee (ND)
ustpregion16.nd.ecf@usdoj.gov

Melissa A Vermillion on behalf of Creditor Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13BTT
cmartin@pralc.com

Darlene C Vigil on behalf of Interested Party Courtesy NEF
cdcaecf@bdfgroup.com

Asya Landa on behalf of Creditor Wilmington Savings Fund Society, FSB, et al cmartin@pralc.com

Bonni S Mantovani on behalf of Creditor Wilmington Savings Fund Society, FSB, et al cmartin@pralc.com, bmantovani@pralc.com

Edward A Treder on behalf of Interested Party Courtesy NEF cdcaecf@bdfgroup.com

## SERVICE LIST

| | | |
|---|---|---|
| Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Federal National Mortgage Association<br>Malcolm Cisneros, ALC<br>2112 Business Center Drive<br>Second Floor<br>Irvine, CA 92612-7137 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Ms. Gloria Hawkins<br>Internal Revenue Service<br>1100 Commerce Street<br>Mail code 5024 DAL<br>Dallas, TX  75242 | Securities & Exchange Commission<br>444 South Flower St., Suite 900<br>Los Angeles, CA 90071-2934 | Wilmington Savings Fund Society, FSB<br>c/o Selene Finance LP<br>9990 Richmond Ave., Suite 400<br>South Houston, TX 77042-4546 |
| Wilmington Savings Fund Society, FSB, et al<br>c/o Prober & Raphael, A Law Corporation<br>20750 Ventura Blvd. Suite 100<br>Woodland Hills, CA 91364-6207 | County Assessor<br>County Government Center, Room 100<br>San Luis Obispo, CA 93408-001 | Alamo Self Storage<br>645 Tank Farm Rd<br>San Luis Obispo, CA 93401-7060 |
| AmEx<br>PO Box 297871<br>Fort Lauderdale, FL 33329-7871 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Bank of America<br>PO Box 1598<br>Norfolk, VA 23501-1598 |
| Bank of America<br>PO Box 17054<br>Wilmington, DE 19850-7054 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital Financial Group<br>1920 E. Hallandale Beach Bl., #806<br>Hallandale, FL 33009-4726 |
| Cba (original Creditor:11 Charter C<br>25954 Eden Landing First Floor<br>Hayward, CA 94545-3816 | Cbna<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | Citi<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 |
| County of San Luis Obispo<br>County Treasurer<br>1055 Monterey Street, Room D-290<br>San Luis Obispo, CA 93408-1003 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Douglas County Assessor<br>1616 8th Street<br>Minden, NV 89423-4227 |
| EAF LLC (original creditor:08 HSBC<br>1220 West Lake Co, Suite 8<br>Buffalo Grove, IL 60089 | Federal National Mortgage Assoc<br>3900 Wisconsin Ave NW<br>Washington, DC 20016-2892 | Glenbrook Homeowners' Association<br>c/o ATC Assessment Collection Group<br>1120 North Town Center, Ste. 260<br>Las Vegas, NV 89144-6304 |
| Glenbrook Water Cooperative<br>228 Old Highway 50<br>Glenbrook, NV 89413 | Grant & Weber<br>26575 West Agoura Road<br>Calabasas, CA 91302-1958 | Harvest House<br>990 Owen Loop North<br>Eugene, OR  97402-9173 |

| | | |
|---|---|---|
| Hirschmann Law Group<br>707 Wilshire Bl., #3260<br>Los Angeles, CA 90017-3514 | James P. Erb, CPA<br>County Tax Collector<br>Room D-290, County Gvt Ctr<br>San Luis Obispo, CA 93408-0001 | Jess Thoene<br>1308 Brooks St.<br>Ann Arbor, MI 48103-3172 |
| MCI<br>500 Technology Dr., Ste. 30<br>Saint Charles, MO 63304-2225 | Main Mini Storage<br>1380 Santa Ynez<br>Los Osos, CA 93402-2811 | Mid State Properties<br>1327 Archer Road<br>San Luis Obispo, CA 93401-5752 |
| Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | SETERUS<br>14523 SW MILLIKAN WAY<br>Beaverton, OR 97005-2352 | Sears/CBNA<br>701 East 60th St N<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 |
| Terminix Pest Control<br>1130 North Chase Pkwy #150<br>Marietta, GA 30067-6429 | Thomas L. Thoene<br>965 Morro Ave. #F<br>Morro Bay, CA 93442-2163 | United States Trustee (ND)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 |
| Wells Fargo Bank NV NA<br>PO Box 31557<br>Billings, MT 59107-1557 | WELLS FARGO BANK N.A.<br>ATTENTION: BANKRUPTCY DEPARTMENT<br>MAC # D3347-014<br>3476 STATEVIEW BLVD<br>FORT MILL, SC 29715-7203 | Wells Fargo Bank, N.A.<br>Home Equity Group<br>1 Home Campus X2303-01A<br>Des Moines, IA 50328-0001 |
| Wells Fargo Bank, N.A.<br>c/o Wells Fargo Home Mortgage<br>Attn: BK Dept-MAC #D3347-014<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7203 | Wells Fargo Home Mortgage<br>7255 Baymeadows Wa<br>PO Box 10335<br>Des Moines, IA 50306-0335 | Internantional Coffee & Tea LLC<br>Arash Beral, Esq<br>Freeman Freeman & Smiley LLP<br>1888 Century Park East #1900<br>Los Angeles CA 90067 |
| | County Tax Collector<br>P.O. Box 357<br>Santa Barbara, CA 93102-0357 | Harris Personal Injury Lawyers, Inc.<br>689 Tank Farm R, Ste 240<br>San Luis Obispo, CA 93401 |
| Carrillo Surgery Center<br>401 E. Corrillo St., Suite A<br>Santa Barbara, CA 93101 | Cornerstone Physical Therapy<br>11856 Balboa Blvd. Suite 145<br>Granada Hills, CA 91344 | Dr. Robert Wood<br>P.O. Box 7001<br>Tarzana, CA 91357 |
| Gems-Tems International<br>11856 Balboa Blvd<br>Granada Hills CA 91344 | Key Health Medical<br>30699 Russell Ranch Rd., Ste. 175<br>West Lake Village, CA 91362 | Spine & Orthopedic Center<br>P.O. Box 3559<br>San Luis Obispo, CA 93403-3559 |