| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Linda Selig Blonsley**<br>**209 S. Halcyon Road**<br>**Arroyo Grande, CA 93420**<br>**805-904-6722 Fax:  805-904-6724**<br>**lblonsley@blonsleylaw.com**<br>California State Bar Number: **90198 CA**<br><br>☐ *Movant appearing without an attorney*<br>☒ *Attorney for Movant* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**AUG 10 2018**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** handy    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>WILLIAM BROCK THOENE and<br><br>ROBERTA LYNN THOENE<br><br><br><br><br>Debtor(s). | CASE NO.: 9:14-bk-11670<br>CHAPTER: 11 |
| | **ORDER** ☒ **GRANTING** ☐ **DENYING**<br>**MOTION IN CHAPTER 11 CASE FOR THE**<br>**ENTRY OF:**<br>☒ **A FINAL DECREE AND ORDER**<br>  **CLOSING CASE; OR**<br>☐ **AN ORDER CLOSING CASE**<br>  **ON INTERIM BASIS**<br>     **[11 U.S.C. §§ 350(a) and 1101(2);**<br>     **FRBP 3022; LBR 3022-1]** |
| | ☐ No hearing unless requested under LBR 9013-1(o)(3)<br>☒ Hearing Information:<br><br>DATE:    July 19, 2018<br>TIME:    10:30 AM<br>COURTROOM:  201<br>PLACE:   1415 State Street<br>         Santa Barbara, California 93101 |

On  July 19, 2018   , a motion was filed, as docket entry #   326   , requesting entry of:

☒ A final decree and order closing case; or

☐ An order closing case on an interim basis.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                              Page 1                                              F 3022-
1.1.ORDER.CLOSE.CH11.CASE

Based upon the motion, and on the findings and conclusions made at the hearing (if there was a hearing):

1. **IT IS ORDERED THAT** the motion is:  ☒ Granted    ☐ Denied

2. **IT IS FURTHER ORDERED THAT** (*select one*):

☒ A final decree and order closing case be entered.

☐ The case is closed on an interim basis.

###

Date: August 10, 2018

_____
Deborah J. Saltzman
United States Bankruptcy Judge

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                                    Page 2                                                    F 3022-
1.1.ORDER.CLOSE.CH11.CASE